1012

[No. 12587-7-I. Division One. November 28, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. TROY
ANTHONY EDWARDS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-8-01723-1, Shannon Wetherall, J., entered
August 18, 1982. *Dismissed* by unpublished per curiam
opinion.

[No. 9482-3-I. Division One. November 28, 1983.]

*In the Matter of the Marriage of* WILLIAM E. SAMUEL,
*Appellant, and* NANCY D. SAMUEL, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D-124080, Stephen Gaddis, J. Pro Tem.,
entered October 7, 1980. *Remanded* by unpublished opin-
ion per Durham, A.C.J., concurred in by Williams and
Scholfield, JJ.

[No. 12054-9-I. Division One. November 28, 1983.]

*In the Matter of the Welfare of*
TIERRA C. MITCHELL.

ROTUNYIA Y. MITCHELL, *Appellant,* v. THE STATE
OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Island
County, No. A-R-1089, Richard L. Pitt, J., entered June
18, 1982. *Affirmed* by unpublished opinion per Durham,
A.C.J., concurred in by Williams and Scholfield, JJ.